UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LEROY HOLMES,**<br><br>Defendant. | **Case No: 22-cr-00174-GLR** |

## JOINT STATUS REPORT

Pursuant to the Court's July 22, 2022 Order, ECF No. 30, the Parties submit the following joint status report.

The Parties continue to work diligently to resolve this matter without the need for a trial. Earlier this week the Government proposed a written offer. Counsel for the Defendant intends to discuss the offer with the Defendant next week. Accordingly, the Parties respectfully request to provide the Court an additional status report in 30 days.

Respectfully submitted,

*/s/ Zachary Ray*
Zachary H. Ray
Assistant United States Attorney

Elizabeth Lopez
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on counsel of record via CM/ECF.

_____
Zachary H. Ray
Assistant United States Attorney